FILED
2008 Oct-29 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANDEANCE RUPERT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:08-cv-1383-UWC** |
| **MIDLAND CREDIT MANAGEMENT, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC,** | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the Joint Stipulation for Dismissal of Claims Against Equifax Information Services LLC (Doc. 26) all causes of action brought by Plaintiff Andeance Rupert against Defendant Equifax Information Services LLC are dismissed with prejudice.

Each party to bear their own costs.

Done the 29th day of October, 2008.

_____
U.W. Clemon
United States District Judge