# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANDEANCE RUPERT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 2:08-cv-01383-UWC |
| | ) |
| **MIDLAND CREDIT MANAGEMENT,** | ) |
| **INC.; EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC.; EQUIFAX** | ) |
| **INFORMATION SERVICES, INC.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

**COMES NOW**, the Plaintiff and accepts the Offer of Judgment which is attached as Exhibit "A". The Plaintiff requests this Honorable Court to enter judgment against the Defendant Midland Credit Management, Inc. only, leaving all other claims against all other parties unaffected.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts ASB-5819-T82J**
**Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, PC
700 29th Street South
Suite 201
Birmingham, Alabama 35233
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

/s/ M. Stan Herring
**M. Stan Herring ASB-1074-N72M**
**Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
700 29th Street South
Suite 201
Birmingham, Alabama 35233
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on the **12<u>TH</u> day of <u>December</u>, 2008**, a true and correct copy of the above and foregoing document has been served via electronic filing using the ECF System to the counsel of record.

<u>**/s/ John G. Watts**</u>_____
Of Counsel

# EXHIBIT

# "A"

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANDEANCE RUPERT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:08-cv-01383-UWC |
| | ) |
| **MIDLAND CREDIT MANAGEMENT** | ) |
| **INC., EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC., EQUIFAX** | ) |
| **INFORMATION SERVICES, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## MIDLAND CREDIT MANAGEMENT, INC.'S OFFER OF JUDGMENT TO PLAINTIFF

Defendant, MIDLAND CREDIT MANAGEMENT, INC. (hereinafter referred to as "Midland"), by and through its attorneys, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow judgment to be taken against it for money damages and costs incurred to date in the amount of Three Thousand Five Hundred and No/100 Dollars ($3,500.00), in addition to reasonable attorney fees that have been mutually agreed upon by the parties.

This offer will remain open for ten (10) days after the date of service and may be accepted in writing by the Plaintiff, Andeance Rupert.

If this offer of judgment is not accepted by written notice, it shall be deemed withdrawn and evidence thereof shall not be deemed an admission of liability and

1009190.1

will not be admissible as evidence except in a proceeding to determine costs. If the judgment finally obtained by Plaintiff is not more favorable than this offer, Plaintiff must pay Midland's costs incurred after the making of this offer.

This the 11th day of December, 2008.

/s/ Kelly Bunch
Attorney for Defendant
Midland Credit Management, Inc.

**OF COUNSEL**:
A. Kelly Brennan
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: (205)251-8100
Facsimile: (205)226-8798
kbrennan@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by hand delivery on this the 11th day of December, 2008:

Mr. John G. Watts
WATTS LAW GROUP, P.C.
700 29th Street South, Suite 201
Birmingham, Alabama 35233
john@wattslawgroup.com

Mr. M. Stan Herring
M. STAN HERRING, P.C.
700 29th Street South, Suite 201
Birmingham, Alabama 35233
msh@mstanherringlaw.com

_____
Of Counsel