IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDEANCE RUPERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:08-cv-1383-UWC** |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC.;** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.; EQUIFAX** ) | |
| **INFORMATION SERVICES,** ) | |
| **LLC,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Plaintiff's Acceptance of Offer of Judgment, (Doc. 30), the Clerk is instructed to enter judgment against Defendant Midland Credit Management, Inc. in accordance with Midland Credit's Offer of Judgment, (Doc. 30) and to then dismiss Defendant Midland Credit from this action.

Done the 15th day of December, 2008.

_____
U.W. Clemon
United States District Judge