FILED
2009 Sep-10 AM 10:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDEANCE RUPERT<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No.<br><br>2:08-CV-01383-UWC |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Andeance Rupert, and Defendant, Experian Information Solutions, Inc. ("Experian"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Experian.

Dated, this 4th day of **September, 2009**.

_____
John G. Watts, Esq.
Watts Law Group, PC
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 879-2447

Counsel for Plaintiff,
Andeance Rupert

_____
Laura C. Nettles, Esq.
Lloyd, Gray & Whitehead, PC
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822

Counsel for Defendant,
Experian Information Solutions, Inc.