# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANDEANCE RUPERT,** | } | |
| **Plaintiff,** | } | |
| v. | } | **Case No.: 2:08-CV-01383-RDP** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. #36) filed by Plaintiff and Defendant Experian Information Solutions, Inc. on September 9, 2009, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this ___10th___ day of September, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE